1  Tyson M. Takeuchi, SBN 177419
   Scott Kosner, SBN 172379
2  LAW OFFICE OF TYSON TAKEUCHI
   1055 Wilshire Boulevard, Suite 850
3  Los Angeles, CA 90017
   Tel 213.637.1566
4  Fax 888.977.6310
   tyson@tysonfirm.com
5  scottk@tysonfirm.com

6  Attorney for Debtor

7

8                   UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES DIVISION

11 In re:                        ) Case No.: 2:16-bk-18246-VZ
                                 )
12 Brenda Joyce Covington        ) Chapter 13
   Debtor.                       )
13                               ) NOTICE OF APPLICATION AND FINAL
                                 ) FEE APPLICATION UNDER LBR 2016-
14                               ) 1(a)(1) AND LBR 2016-1(c) FOR A
                                 ) CASE DISMISSED PRIOR TO
15                               ) CONFIRMATION
                                 )
16                               )
                                 )
17                               )
                                 )
18                               )
                                 )
19 _____)

20 **TO THE HONORABLE VINCENT P. ZURZOLO, DEBTOR Brenda Joyce**

21 **Covington, CHAPTER 13 TRUSTEE NANCY K. CURRY, AND ALL INTERESTED**

22 **PARTIES:**

23     **PLEASE TAKE NOTICE THAT** the Law Offices of Tyson Takeuchi

24 ("Applicant") hereby applies for an Order granting a Final Fee

25 Application pursuant to LBR 2016-1(a)(1) and LBR 2016-1(c),

26 which seeks court approval of attorney's fees related to the

27 services rendered for the Debtor of the instant case by the

28 Applicant prior to the dismissal of the instant case.

1    This Application is based upon this Notice of Application,

2    the attached Memorandum of Points and Authorities, the case

3    file, the attached Declarations of Tyson M. Takeuchi and Debtor

4    Brenda Joyce Covington, the attached catalog of services

5    rendered by Applicant for the Debtor, and any other such

6    evidence as may be presented at or before any hearing.

7                              **NOTICE**

8        **PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o), ANY PARTY**

9        **OBJECTING TO THE MOTION MAY REQUEST A HEARING ON THE**

10       **MOTION.   THE DEADLINE FOR FILING AND SERVING A WRITTEN**

11       **OPPOSITION AND REQUEST FOR A HEARING IS 14 DAYS AFTER**

12       **THE DATE OF SERVICE OF THIS NOTICE, PLUS 3 ADDITIONAL**

13       **DAYS IF YOU WERE SERVED BY MAIL, ELECTRONICALLY, OR**

14       **PURSUANT TO F.R.Civ.P.5(b)(2)(D),(E), or (F). IF YOU**

15       **FAIL TO COMPLY WITH THIS DEADLINE, THE COURT MAY TREAT**

16       **SUCH FAILURE AS A WAIVER OF YOUR RIGHT TO OPPOSE THE**

17       **MOTION AND MAY GRANT THE MOTION WITHOUT FURTHER**

18       **HEARING AND NOTICE**

19                              Respectfully submitted,

20

21   DATED: July 27, 2017              LAW OFFICE OF TYSON TAKEUCHI

22

23                              _Scott Kosner_

24                              SCOTT KOSNER, SBN 172379
                                Attorney for Debtor
25                              Kimberly Teresa Bradford

26

27

28

                                2

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

**I.**

3

**STATEMENT OF JURISDICTION**

4

This Court has jurisdiction over this matter pursuant to

5

Title 11 of the 11 U.S.C. §§ 330, 331, FRBP 2016 and 2002, LBR

6

2016-1 and LBR 3015-1(v)(5).

7

**II.**

8

**STATEMENT OF FACTS**

9

Debtor Brenda Joyce Covington ("Debtor") retained the Law

10

Offices of Tyson Takeuchi ("Applicant") for purposes of filing a

11

personal bankruptcy case under Chapter 13 on May 17, 2016.

12

Debtor filed the instant bankruptcy case on June 21, 2016

13

Applicant. The instant case is assigned case number 2:16-bk-

14

18246-VZ. The chapter 13 plan was prepared and filed on June 21,

15

2016 Confirmation hearing for the instant case was set for July

16

24, 2017.

17

An order dismissing the instant case was entered on July

18

27, 2017.

19

As of the date of dismissal of the instant case, the

20

Debtor's chapter 13 plan was not confirmed.

21

As of the date of the instant Application, July 26, 2017,

22

the office of the Chapter 13 trustee assigned to this case,

23

Nancy K. Curry, retains $4,909.79 in funds paid by the Debtor as

24

pre-confirmation plan payments towards her proposed Chapter 13

25

plan.

26

27

28

NOTICE AND FINAL FEE APPLICATION

1          **III.**

2          <u>**ARGUMENT**</u>

3          <u>LBR 3015-1(v)(5)</u> states:

4          "*An Attorney May Elect to be Paid other than Pursuant to*

5          *the RARA and the Guidelines. At any time, whether or not a*

6          *RARA is on file in any case, the debtor's attorney may*

7          *elect to seek an allowance of fees and costs other than*

8          *pursuant to the RARA and the Guidelines. In that event, the*

9          *attorney must file and serve an application for fees in*

10         *accordance with 11 U.S.C. §§ 330 and 331, FRBP 2016 and*

11         *2002, and LBR 2016-1 and 3015-1, as well as the "Guide to*

12         *Applications for Professional Compensation" issued by the*

13         *United States trustee for the Central District of*

14         *California."*

15         <u>LBR 2016-1(c)(2)</u> states, with respect to Final Fee

16         Applications:

17         "*An application for allowance and payment of final fees and*

18         *expenses must contain the information required of an*

19         *interim fee application under LBR 2016-1(a)(1)."*

20         <u>LBR 2016-1(a)(1)(E)</u> lists in detail the requirements for a

21    final fee application of this type. Such a fee application must

22    list (i) the date the service for which compensation is being

23    sought was rendered, (ii) a description of said service, (iii)

24    the amount of time spent performing said service, and (iv) an

25    identification of the individual performing said service. In

26    accordance with LBR 2016-1(a)(1)(E), Applicant has attached as

27    Exhibit 1 a log of services rendered for the Debtor with respect

28    to the instant case.

NOTICE AND FINAL FEE APPLICATION

1      Applicant is counsel of record for the Debtor of the

2  instant case. The Debtor retained Applicant for purposes of

3  representing the Debtor in the instant Chapter 13 bankruptcy,

4  preparing the voluntary petition, proposed plan, appearing at

5  the meeting of creditors with 341(a) and confirmation hearing,

6  and reviewing any related case filings and documents, with an

7  anticipated confirmation of the Debtor's proposed Chapter 13

8  plan.

9      To this end, Applicant commenced performing all that was

10 required to ensure a confirmation of the Debtor's case in

11 accordance with the Rights and Responsibilities Agreement

12 ("RARA") entered into by the Applicant and the Debtor and filed

13 on June 21, 2016 as item 7 in the Court's docket. See Exhibit 2.

14     The docket for the instant case and supporting Exhibit 1

15 show that Applicant acted in good faith and performed

16 satisfactorily as the Debtor's legal representative in the

17 instant bankruptcy proceedings, performing services necessary

18 for the upkeep and execution of the case between its

19 commencement on 06/21/2016 to 07/26/2017 . These services

20 included the typical preparation of required petition documents

21 and schedules, review of objections to the Debtor's proposed

22 plan, and dialog with interested parties to resolve pre-

23 confirmation objections.

24     For a more detailed record of the services rendered by the

25 Applicant on behalf of the Debtor, see Exhibit 1 docket of case.

26     As of the date of the instant Application, Applicant has

27 been paid a total of $1,090 towards the $5,000.00 set forth in

28 the RARA. See Exhibit 3.

## IV.

### CONCLUSION

In light of the foregoing, the statements contained in the attached declarations of Tyson M. Takeuchi, and the attached supporting exhibits, Applicant prays that an allowance be made in the sum of $5,000.00 for services referred to in the RARA and the Chapter 13 trustee be directed to pay the unpaid balance of <u>$3910</u> from the estate of the Debtor, as funds permit.

Dated: July 27, 2017                    Respectfully Submitted,


By: _Scott Kosner_____
Scott Kosner, SBN 172379
Applicant/Attorney for Debtor

DECLARATION OF TYSON M. TAKEUCHI

I, Tyson M. Takeuchi, declare:

1. I am the principal attorney for the Law Offices of Tyson Takeuchi, the attorney of record for Debtor Brenda Joyce Covington in Chapter 13 case number 2:16-bk-18246-VZ. As such, I have personal knowledge of the facts stated herein, and if called upon to testify thereto, I could and would do so competently and truthfully.

2. This declaration is made in support for the instant Final Fee Application Under LBR 2016-1(a)(1) and LBR 2016-1(c) for a Case Dismissed Prior to Confirmation.

3. Brenda Joyce Covington, retained the Law Offices of Tyson Takeuchi to represent her in chapter 13 bankruptcy on May 17, 2016

4. The instant case was prepared by my office and filed on June 21, 2016.

5. A Rights and Responsibilities Agreement Between Chapter 13 Debtors and Their Attorneys ("RARA") was filed as Docket Number 7 on June 21, 2016. The Agreement called for fees in the amount of $5,000.00 for items included in the bold face type without a detailed fee application. Attached hereto, marked Exhibit "2," is a true and correct copy of the RARA.

6. In anticipation of confirmation of the Debtor's proposed chapter 13 plan, my staff and I performed all of the services and document filing required pursuant to the RARA. A

7

NOTICE AND FINAL FEE APPLICATION

detailed summary of these services is described in the true, correct and complete copy of the services summary report, attached hereto as Exhibit 1.

7.    To date, I have received a total of $1,090.00 in fees towards the $5,000.00. Attached hereto, marked as Exhibit "3," is a true and correct copy of the Disclosure of Compensation of Attorney for Debtor.

8.    The instant case was dismissed on July 26, 2017 without being confirmed.

9.    I am seeking an Order directing the Chapter 13 Trustee to pay the unpaid balance of $3,910 from the estate of the debtor as funds permit.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on this 27th day of July 2017, at Los Angeles, California.

Tyson Takeuchi, SBN 177419
Applicant/Attorney for Debtor

NOTICE AND FINAL FEE APPLICATION

# EXHIBIT 1

Repeat-cacb, RepeatPACER, DISMISSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:16-bk-18246-VZ

|  |  |
|---|---|
| | *Date filed:* 06/21/2016 |
| *Assigned to:* Vincent P. Zurzolo | *Debtor dismissed:* 07/26/2017 |
| Chapter 13 | *341 meeting:* 08/02/2016 |
| Voluntary | |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

| **Debtor** | represented by **Scott Kosner** |
|---|---|
| **Brenda Joyce Covington** | Law Office of Tyson Takeuchi |
| 6026 Castana Ave | 1055 Wilshire Blvd |
| Lakewood, CA 90712 | Suite 850 |
| LOS ANGELES-CA | Los Angeles, CA 90017 |
| SSN / ITIN: xxx-xx-6601 | 2136371566 |
| *aka* **Brenda Joyce Lott** | Fax : 888-977-6310 |
| *aka* **Brenda Joyce Johnson** | Email: tyson@tysonfirm.com |
| *aka* **Brenda J Covington** | |

**Trustee**
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 06/21/2016 | 1 <br> (52 pgs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Brenda Joyce Covington (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | 2 <br> (9 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | 9 <br> (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 08/02/2016 at 10:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA |

| | | |
|---|---|---|
| | | 09:00 AM  Confirmation hearing to be held on 07/24/2017 at 09:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 10/31/2016. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | [3](1 pg) | Certificate of Credit Counseling Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | [4] | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | [5](1 pg) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | [6](1 pg) | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | [7](5 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/21/2016 | [8](5 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 06/21/2016) |
| 06/22/2016 | | Notice of Debtor's Prior Filings for debtor Brenda Joyce Covington Case Number [10-38118], Chapter 7 filed in California Central Bankruptcy on 07/08/2010 , Standard Discharge on 04/14/2011.(Admin) (Entered: 06/22/2016) |
| 06/23/2016 | | Receipt of Voluntary Petition (Chapter 13)(2:16-bk-18246) [misc,volp13] ( 310.00) Filing Fee. Receipt number 42751452. Fee amount 310.00. (re: Doc# [1]) (U.S. Treasury) (Entered: 06/23/2016) |
| 06/23/2016 | [10](5 pgs) | BNC Certificate of Notice (RE: related document(s)[9] Meeting (AutoAssign Chapter 13)) No. of Notices: 20. Notice Date 06/23/2016. (Admin.) (Entered: 06/23/2016) |
| 06/30/2016 | [11](2 pgs) | Chapter 13 Trustee's Notice of Requirements *with proof of service*. (Curry (TR), Nancy) (Entered: 06/30/2016) |
| 07/06/2016 | [12](3 pgs) | Objection to Confirmation of Plan *with Proof of Service* Filed by Creditor U.S Bank National Association, as Successor Trustee to Bank of America, National Association (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Mortgage Loan Trus (RE: related document(s)[2] Chapter 13 Plan (LBR F3015-1) Filed by Debtor Brenda Joyce Covington.). (Loftis, Erica) (Entered: 07/06/2016) |

| 08/01/2016 | [13](13)<br>(13 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Brenda Joyce Covington. (Kosner, Scott) (Entered: 08/01/2016) |
| --- | --- | --- |
| 08/03/2016 | [14](14)<br>(5 pgs) | Objection to Confirmation of Chapter 13 Plan *with Proof of Service*. (Curry (TR), Nancy) (Entered: 08/03/2016) |
| 09/19/2016 | [15](15)<br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 09/19/2016) |
| 09/22/2016 | [16](16)<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)[15](15) Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 09/22/2016. (Admin.) (Entered: 09/22/2016) |
| 07/26/2017 | [17](17)<br>(1 pg) | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (RE: related document(s)[9](9) Meeting (AutoAssign Chapter 13)) (Carranza, Shemainee) (Entered: 07/26/2017) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 07/27/2017 13:13:18 | | |
| **PACER Login:** | Plumroof170:2529794:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-bk-18246-VZ Fil or Ent: filed From: 4/28/2000 To: 7/27/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT 2

**Miscellaneous:**

2:16-bk-18246-VZ Brenda Joyce Covington

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Los Angeles) |
| Assets: y | Judge: VZ | Case Flag: Repeat-cacb |

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Scott Kosner entered on 6/21/2016 at 1:37 PM PDT and filed on 6/21/2016

**Case Name:**      Brenda Joyce Covington
**Case Number:**    2:16-bk-18246-VZ
**Document Number:** 7

**Docket Text:**
Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Brenda Joyce Covington. (Kosner, Scott)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** rara.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=6/21/2016] [FileNumber=84023951-0] [6a54827ca488f20065850b6635cf2c472914a7605fc5ca3562c3f05c2b59bf11e3 05190db1b09ca65eb16cae0d2be0dcf047ed96bb8e1c8d26d390c2a9fee02b]]

**2:16-bk-18246-VZ Notice will be electronically mailed to:**

Nancy K Curry (TR)
ecfnc@trustee13.com

Scott Kosner on behalf of Debtor Brenda Joyce Covington
tyson@tysonfirm.com, G1875@notify.cincompass.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:16-bk-18246-VZ Notice will not be electronically mailed to:**

| | |
|---|---|
| *Attorney for Debtor Name, Address, Telephone & FAX Nos., State Bar No. & Email Address*<br>**Scott Kosner**<br>**Law Offices of Tyson Takeuchi**<br>**1100 Wilshire Blvd, Suite 2606**<br>**Los Angeles, CA 90017**<br>**213-637-1566 Fax: 888-977-6310**<br>*California State Bar Number:* **172379**<br>**scottk@tysonfirm.com** | *FOR COURT USE ONLY* |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re:*<br><br>    **Brenda Joyce Covington** | *CASE NO.:*<br>*CHAPTER 13* |
| | **RIGHTS AND RESPONSIBILITIES AGREEMENT BETWEEN CHAPTER 13 DEBTORS AND THEIR ATTORNEYS** |
| *Debtor(s).* | |

*It is important for Debtors who file a chapter 13 bankruptcy case to understand their rights and responsibilities. It is also important for Debtors to know what their attorneys' responsibilities are and to communicate carefully with their attorneys to make the case successful. Debtors also are entitled to expect certain services to be performed by their attorneys. In order to assure that Debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following rights and responsibilities have been adopted by the court. The signatures below indicate that the responsibilities outlined in the agreement have been accepted by the Debtors and their attorneys. Nothing in this agreement is intended to modify, enlarge or abridge the rights and responsibilities of a "debt relief agency," as that term is defined and used in 11 U.S.C. § 101, et. seq.*

*Any attorney retained to represent a Debtor in a chapter 13 case is responsible for representing the Debtor on all matters arising in the case, other than adversary proceedings, unless otherwise ordered by the court. The attorney may not withdraw absent a consensual withdrawal or substitution of counsel or approval by the court of a motion for withdrawal or substitution of counsel considered after notice and a hearing. When appropriate, the attorney may apply to the court for compensation additional to the maximum initial fees set forth below in this agreement.*

*This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.*

*March 2015*                    *Page 1*                    **F 3015-1.7.RARA**

**BEFORE THE CASE IS FILED, THE DEBTOR AGREES TO:**

1.   *Discuss with the attorney the Debtor's objectives in filing the case.*

2.   *Timely provide the attorney with accurate information, financial and otherwise.*

3.   *Timely provide the attorney with all documentation requested by the attorney, including but not limited to, true and correct copies of the following documents\*:*

   a.   *Certificate of Credit Counseling, together with the debt repayment plan, if any, prepared by the nonprofit budget and credit counseling agency that provided individual counseling services to the debtor prior to bankruptcy.*

   b.   *Proof of income from all sources received during the period of 7 months before the date of the filing of the petition, including but not limited to paycheck stubs, Social Security statements, worker's compensation, rental, pension, disability, and self-employment income, and other payment advices. For businesses, the Debtor should provide report(s) disclosing monthly income and expenses for the period of 6 months before the date of the filing of the petition.*

   c.   *Proof of ability to pay from any person contributing income to the case.*

   d.   *Federal and state income tax returns, or transcripts of such returns, for the most recent tax year ending immediately before the commencement of the case.*

   e.   *Proof of the debtor's identity, including a driver's license, passport, or other document containing a photograph of the debtor.*

   f.   *A record of the debtor's interest, if any, in an educational individual retirement account or under a qualified State tuition program.*

   g.   *The name, address and telephone number of any person or state agency to whom the Debtor owes back child or spousal support, the name, address and telephone number of any person or state agency to whom the Debtor makes current child or spousal support payments and all supporting documents for the child or spousal support payments. Examples of supporting documents are a court order, declaration of voluntary support payments, separation agreement, divorce decree and a property settlement agreement.*

   h.   *Insurance policies owned by the debtor, including homeowner's insurance, business insurance, automobile insurance, fire insurance, flood insurance, earthquake insurance, and credit life insurance.*

*\* All documents submitted to the attorney must be copies as the documents will not be returned to the Debtor.*

**AFTER THE CASE IS FILED, THE DEBTOR AGREES TO:**

1.   *Timely make the required monthly payments.*

2.   *Comply with the chapter 13 rules and procedures.*

3.   *Keep the chapter 13 trustee and attorney informed of the Debtor's current address and telephone number, and the Debtor's employment status.*

4.   *Sign a payroll deduction order, if one is required.*

5.   *Inform the attorney of any change in the Debtor's marital status, the commencement of any child support or spousal support obligation, or a change in any existing child support or spousal support obligation.*

6.   *Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after*

*This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.*

March 2015                                      Page 2                                      **F 3015-1.7.RARA**

the filing of the case.

7.    Contact the attorney promptly if the Debtor loses his or her job, encounters other new or unexpected financial problems, or if the Debtor's income increases, or if the Debtor receives, or learns of the right to receive, money or other proceeds of an inheritance or legal action.

8.    Timely inform the attorney of any change in a creditor's address or payment amount.

9.    Keep records of all mortgage, vehicle and personal property payments made to all secured creditors during the case.

10.    Provide the attorney with any federal tax returns or transcripts requested pursuant to 11 U.S.C. § 521(f).

11.    Contact the attorney promptly if the Debtor is sued during the case or if the Debtor commences a lawsuit or intends to settle any dispute.

12.    Inform the attorney if any tax refunds to which the Debtor is entitled are seized or not received when expected by the Debtor from the IRS or Franchise Tax Board.

13.    Contact the attorney promptly before buying, refinancing, or selling real property, and before incurring substantial additional debt.

14.    Pay directly to the attorney any filing fees.

**BEFORE THE CASE IS FILED, THE ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING LEGAL SERVICES:**

*As used herein, the term "Personally" means that the described service shall be performed only by an attorney who is a member in good standing of the State Bar of California and admitted to practice before this court. The service shall not be performed by a non-attorney even if such individual is employed by the attorney and under the direct supervision and control of such attorney.*

1.    **Personally meet with the Debtor to review the Debtor's assets, liabilities, income, and expenses.**

2.    **Personally counsel the Debtor regarding the advisability of filing either a chapter 13 or a chapter 7 case, discuss both procedures with the Debtor, and answer the Debtor's questions.**

3.    **Personally review with the Debtor the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later.**

4.    **Personally explain to the Debtor that the attorney is being engaged to represent the Debtor on all matters arising in the case, as required by Local Bankruptcy Rule 3015-1(t).**

5.    **Personally explain to the Debtor how and when the attorney's fees and the trustee's fees are determined and paid, and provide an executed copy of this document to the Debtor.**

6.    **Timely prepare and file the Debtor's petition, plan, statements, schedules, and required documents and certificates.**

7.    **Explain which payments must be made directly to creditors by the Debtor and which payments will be made through the Debtor's chapter 13 plan, with particular attention to mortgage and vehicle loan or lease payments.**

8.    **Explain to the Debtor how, when, and where to make the chapter 13 plan payments.**

9.    **Explain to the Debtor how, when, and where to make postpetition mortgage, mobile home, manufactured home, and vehicle loan and lease payments.**

10.    **Advise the Debtor of the necessity to maintain appropriate insurance, including homeowner's insurance and liability, collision and comprehensive insurance on vehicles securing loans or leases.**

**AFTER THE CASE IS FILED, THE ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING LEGAL SERVICES:**

1.   Advise the Debtor of the requirement to attend the § 341(a) meeting of creditors, and instruct the Debtor as to the date, time, and place of the meeting. In the case of a joint filing, inform the Debtor that both spouses must appear.

2.   Inform the Debtor that the Debtor must be punctual for the § 341(a) meeting of creditors. "Punctual" means that the attorney and the debtor(s) must be present in time for check-in. After checking in, if the attorney finds it necessary to request second call, the attorney and the debtor(s) must be present for examination before the end of the calendar.

3.   Attend the § 341(a) meetings and any court hearing, either personally or through another attorney from the attorney's firm or through an appearance attorney who has been adequately briefed on the case.

4.   Advise the Debtor if an appearance attorney will appear on the Debtor's behalf at the § 341(a) meeting or any court hearing, and explain to the Debtor in advance, if possible, the role and identity of the appearance attorney. In any event, the attorney is responsible to prepare adequately the appearance attorney in a timely fashion and to furnish the appearance attorney with all necessary documents, hearing notes, and other necessary information in sufficient time to allow for review of such information and proper representation of the Debtor.

5.   Timely serve the plan and mandatory notice on all creditors.

6.   Timely submit to the chapter 13 trustee properly documented proof of all sources of income for the Debtor, including business reports and supporting documentation required by Local Bankruptcy Rules.

7.   Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

8.   Timely prepare, file, and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by the Debtor.

9.   Monitor all incoming case information throughout the case (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and the chapter 13 trustee's status reports) for accuracy and completeness. Contact the trustee promptly regarding any discrepancies.

10.  Review the claims register and the chapter 13 trustee's notice of intent to pay claims after entry of a plan confirmation order.

11.  *File objections to improper or invalid claims, when appropriate.*

12.  *Prepare and file a proof of claim, when appropriate, if a creditor fails to do so.*

13.  *Prepare, file, and serve timely motions to modify the plan after confirmation, when necessary.*

14.  *Prepare, file, and serve motions to buy, sell, or refinance real or other property, when appropriate.*

15.  *Prepare, file, and serve any other motion that may be necessary to appropriately represent the Debtor in the case, including but not limited to, motions to impose or extend the automatic stay.*

16.  *Timely respond to all motions filed by the chapter 13 trustee, and represent the Debtor in response to all other motions filed in the case, including but not limited to, motions for relief from stay.*

17.  *When appropriate, prepare, file, and serve motions to avoid liens on real or personal property, and motions to value the collateral of secured creditors.*

18.  *Be available to respond to the Debtor's questions throughout the term of the plan, and provide such*

*This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.*

March 2015                                    *Page 4*                            **F 3015-1.7.RARA**

*other legal services as are necessary for the administration of the case before the bankruptcy court.*

19.    *Represent the Debtor at a discharge hearing, if required.*

20.    *If not representing the Debtor in adversary proceedings, assist the Debtor in obtaining competent counsel to represent the Debtor in any adversary proceeding filed in the case.*

## ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES *AND COSTS*:

*The guidelines in this district for payment of costs incurred in performing the services described in bold face type in this agreement ("Included Costs") and attorneys' fees in chapter 13 cases without a detailed fee application provide for the following maximum Included Costs and fees for the services described in this agreement in bold face type (that is, the services described on pages 3 through 5 of this agreement): $6,000 (excluding the petition filing fee and with a maximum of $5,000 to be paid prior to confirmation) in cases where the Debtor is engaged in a business; or $5,000 (excluding the petition filing fee) in all other cases. In this case, the parties agree that the Included Costs (excluding the petition filing fee) and fee for the services described in bold face type in this agreement will be $  5,000.00  .*

*Other than the initial retainer, the attorney may not receive fees directly from the Debtor prior to confirmation. All other fees due through confirmation shall be paid through the plan unless otherwise ordered by the court.*

*If the attorney performs tasks on behalf of the Debtor not set forth in bold face, the attorney may apply to the court for additional fees and costs, but such applications will be reviewed by both the chapter 13 trustee and the court. The attorney agrees to charge for such additional services at the rate of $  500  per hour. The attorney agrees to give the Debtor written notice of any change in the hourly rate prior to rendering additional services. Alternatively, the attorney may charge a reasonable flat fee for some specified service(s). In either event, the attorney shall disclose to the court in the fee application any fees paid or costs reimbursed by the Debtor and the source of those payments. The attorney may receive fees for such additional services directly from the Debtor. Any fees received directly from the Debtor will be deposited in the attorney's trust account until a fee application is approved by the court.*

*If the Debtor disputes the legal services provided or the fees charged by the attorney, the Debtor may file an objection with the court and request a hearing. Should the representation of the Debtor create a hardship, the attorney may seek a court order allowing the attorney to withdraw from the case. The Debtor may discharge the attorney at any time.*

<u>*Debtor's Signature.*</u> *The Debtor's signature below certifies that the Debtor has read, understands and agrees to the best of his or her ability to carry out the terms of this agreement, agrees to the scope of this agreement, and has received a signed copy of this agreement.*

<u>*Attorney's Signature.*</u> *The attorney's signature below certifies that before the case was filed the attorney personally met with, counseled, and explained the foregoing matters to the Debtor and verified the number and status of any prior bankruptcy case(s) filed by the Debtor or any related entity, as set forth in Local Bankruptcy Rule 1015-2. This agreement does not constitute the written fee agreement contemplated by the California Business & Professions Code.*

_____    May 17, 2016
Debtor                                     Date

_____    May 17, 2016
Attorney                                   Date

*This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.*

March 2015                            Page 5                            F 3015-1.7.RARA

# EXHIBIT 3

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Brenda Joyce Covington_____                Case No. _____

_____
                                    Debtor(s)                                Chapter    __13__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $          **5,000.00** |
| Prior to the filing of this statement I have received | $          **1,090.00** |
| Balance Due | $          **3,910.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__May 17, 2016_____            __/s/ Scott Kosner_____
_Date_                                            **Scott Kosner 172379**
                                                  _Signature of Attorney_
                                                  **Law Offices of Tyson Takeuchi**
                                                  **1055 Wilshire Blvd**
                                                  **Suite 850**
                                                  **Los Angeles, CA 90017**
                                                  **213-637-1566  Fax: 888-977-6310**
                                                  **tyson@tysonfirm.com**
                                                  _Name of law firm_

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1055 Wilshire Blvd Suite 850
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF APPLICATION AND FINAL FEE APPLICATION UNDER LBR 2016-1(a)(1) AND LBR 2016-1(c)
FOR A CASE DISMISSED PRIOR TO CONFIRMATION _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
07/27/2017 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

Andrew Kussmaul    Andrew.Kussmaul@BuckleyMadole.com,  Nancy K Curry (TR)    TrusteeECFMail@gmail.com
Natalie E Lea    Natalie.Lea@BuckleyMadole.com
Erica T Loftis    Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com
Keena N Newmark    Keena.Newmark@bvwlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  07/27/2017 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/27/2017 | Armen Galstian | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:16-bk-18246-VZ
Central District of California
Los Angeles
Thu Jul 27 16:44:38 PDT 2017

Morgan Stanley Mortgage Loan Trust 2007-7AX
14841 Dallas Parkway Suite 300
Dallas, Tx 75254-7883

NATIONSTAR MORTGAGE LLC
14841 Dallas Parkway Suite 300
Dallas, Tx 75254-7883

U.S Bank National Association, as Successor
12526 High Bluff Dr #238
San Diego, CA 92130-2066

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Aargon Agency As Agent For Western Dental Se
Western Dental Services Inc3
8668 Spring Mountain Rd
Las Vegas, NV 89117-4132

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Americas Servicing Company
Acct # 1127132961
Box 51119
Los Angeles, CA 90051-5419

Ashley Funding Services, LLC its successors
assigns as assignee of Reimbursement
Technologies, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ashley Funding Services, LLC its successors
assigns as assignee of Syndicated
Office Systems, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Aurora Bank Fsb
1616 Broadway Ste A
Scottsbluff, NE 69361

Best Buy/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218-2789

Credit Acceptance
25505 W.12 Mile Rd.
Suite 3000
Southfield, MI 48034-8331

Credit acceptance corp
po box 5070
Southfield, MI 48086-5070

Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL  60197-5008

Equifax
PO Box 144717
Orlando, FL 32814-4717

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Equifax Info Services LLC
Box 740256
Atlanta, GA 30374-0256

Experian
475 Anton Blvd
Costa Mesa, CA 92626-7037

Experian
NCAC
PO Box 9556
Allen, TX 75013

Experian
NCAC
PO Box 9556
Allen, TX 75013-9556

Experian
Profile Management
PO Box 9558
Allen, TX 75013-9558

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LBS Financial Credit Union
Po Box 4860
Long Beach CA 90804-0860

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakewood Regional Medical Center
Po Box 830913
Birmingham, AL 35283-0913

MayFair Emergency
3700 South St
Lakewood, CA 90712-1419

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Quantum Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029


Sequoia Financial Services
28632 Roadside Dr ste 110
Agoura Hills, CA 91301-6074

Sequoia Financial Services
Assignee of City of Lynwood
28632 Roadside Dr Ste 110
Agoura Hills CA 91301-6074

Trans Union Corporation
Attn: Public Records Department
555 W Adams St.
Chicago, IL 60661-3631


TransUnion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

U.S. Bank National Association Trustee (See
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

U.S. Bank National Association,Trustee(See 4
c/o SPECIALIZED LOAN SERVICING LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386


United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank, N.A., d/b/a Wells Fargo De
PO Box 19657
Irvine, CA 92623-9657

Wells Fargo Dlrsvc/Wacho
PO Box 1697
Winterville, NC 28590-1697


Western Dental
530 S Main St
Orange, CA 92868-4525

credit one bank
po box 98872
Las Vegas, NV 89193-8872

Brenda Joyce Covington
6026 Castana Ave
Lakewood, CA 90712-1018


Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Scott Kosner
Law Office of Tyson Takeuchi
1055 Wilshire Blvd
Suite 850
Los Angeles, CA 90017-2467


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Operation
Po Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Insolvency I Stop 5022
300 N Los Angeles St Ste 4062
Los Angeles, CA 90012-3313

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326


(d)Internal Revenue Service
PO Box 660002
Dallas, TX 75266-0002

Nationstar Mortgage LLC
PO Box 619096
Dallas, Texas 75261-9741


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Nationstar Mortgage LLC
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254-7883

(d)Nationstar Mortgage LLC
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

End of Label Matrix
Mailable recipients    46
Bypassed recipients     2
Total                  48